UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAROL O. OBOT,

                        Plaintiff,

                                                                   ORDER
                v.                                                04-CV-784

CITIBANK. S.D.,

                        Defendant.

---

       Pursuant to the mandate of the United States Court of Appeals for the Second Circuit issued on February 13, 2006, the Court hereby orders the parties to brief the following issues:

       (1) Whether Peter Roach is an agent of Citibank, S.D., upon whom service can be made for purposes of Rule 4(h)(1) of the Federal Rules of Civil Procedure and, if so, whether proper service was made on Roach;

       (2) Whether Obot had demonstrated "good cause" for any deficiency in service of process as to warrant an extension of time pursuant to Rule 4(m); and

       (3) Whether further development of the record is necessary to determine these service of process issues.

       Briefs shall be submitted by April 20, 2006, reply briefs shall be filed by May 11, 2006.  No oral argument shall be required.

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: March 14 , 2006